In the Matter of the Claim of MARGARET M. CRUMPACKER, Appellant, against BATAVIA TIMES PUBLISHING Co., et al., Respondents.

Submitted February 23, 1943; decided April 8, 1943.

*Abraham J. Halprin* and *Sidney R. Rossiter* for appellant. *William B. Davis* and *E. C. Sherwood* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.